Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA DUNWORTH,<br><br>Defendant. | Case No.  6:20-mj-00011-HBK<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

    The parties having entered into a Deferred Prosecution Agreement, the United States hereby moves the Court for an order of dismissal without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

                                                     Respectfully submitted,

Dated:  December 9, 2020                    /S/ Sean O. Anderson_____
                                                                             Sean O. Anderson
                                                                             Acting Legal Officer
                                                                             Yosemite National Park

**ORDER**

Upon motion of the United States brought under Fed. R. Crim. Pro. 48, the matter of *United States v. Dunworth*, case no. 6:20-mj-00011-HBK, is hereby dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   December 9, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE